UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRIES WILKINS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00848 |
| | ) | |
| CITY OF VINITA PARK, CITY OF | ) | |
| ST. ANN, CHIEF JOHN BUCHANAN, | ) | |
| UNKNOWN SUPERVISOR, UNKNOWN | ) | |
| INTAKE MANAGER and MARCELLIS | ) | |
| BLACKWELL, | ) | |
| | ) | |
|    Defendants. | ) | |

## ENTRY OF APPEARANCE

Comes now Daniel T. Mooney of Reichardt Noce & Young LLC, and hereby enters his appearance on behalf of Defendants City of Vinita Park and Chief John Buchanan only in the above matter.

REICHARDT NOCE & YOUNG LLC

By:   */s/ Daniel T. Mooney*

| | |
|---|---|
| Timothy J. Reichardt | #57684MO |
| tjr@rnylaw.com | |
| Todd A. Lubben | #54746MO |
| tal@rnylaw.com | |
| Daniel T. Mooney | #70256MO |
| dtm@rnylaw.com | |

13205 Manchester Road
Suite 420
St. Louis, MO  63131
314/789-1199
314/754-9795 – Facsimile

Attorneys for Defendants
City of Vinita Park and Chief John Buchanan

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via CM/ECF eFiling System with a copy of the foregoing being served electronically this 24th day of June 2026 on all counsel of record.

*/s/ Daniel T. Mooney*

2